UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA, )
)
v. )
)
BAYAN ELASHI (1); ) Case No. 3:02-CR-052-L
GHASSAN ELASHI (2); )
BASMAN ELASHI (3); )
and )
INFOCOM CORP. )

### DEFENDANTS' JOINT EXHIBIT LIST

TO THE HONORABLE JUDGE OF SAID COURT:

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 1A | Murahaba Agreement :Zaina | | |
| 1B | Investment Agreement: Zaina | | |
| 1C | Investment Letter: Zaina | | |
| 1D | Investment Statement 9/30/89 | | |
| 1E | Check Number 2604 Pay To The Order Of Khalil Zana | | |
| 1F | Check Number 2605 Pay To The Order Of Khalil Zana | | |
| 2 | International Computer & Communications, Inc. Aged Accounts Payable 06/16/92 | | |

DEFENDANT'S JOINT EXHIBIT LIST    1

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 3A | 07/05/93 Murabaha Agreement: Darrat | | |
| 3B | 07/15/93 Murabaha Agreement: Darrat | | |
| 3C | 07/20/93 Murabaha Agreement: Darrat | | |
| 3D | Check P/T/O Infocom Corp from Darrat | | |
| 3E | 05/08/95 Wire Transfer from Infocom to Darrat | | |
| 3F | 06/06/95 Wire Transfer from Infocom to Darrat | | |
| 3G | 07/06/95 Wire Transfer from Infocom to Darrat | | |
| 4A | Murabaha Agreement: Khalifa | | |
| 4B | Vendor Voucher: Khalifa | | |
| 5A | ICC Tec. Check #102 P/T/O Peripherl Distributors | | |
| 5B | ICC Tec. Check #281 P/T/O General Business Solutions | | |
| 6A | Amira Baker Subhi Alloush Check #140 P/T/O International Computer& Communications | | |
| 6B | ICC Tec. Check #1035 P/T/O Amira Baker Subhi Alloush | | |
| 6C | ICC Tec. Check #3829 P/T/O Amira Baker Subhi Alloush | | |
| 7A | Faud Alloush Check #973759427 P/T/O Infocom | | |
| 7B | Faud Alloush Check #5257733690 P/T/O Infocom | | |

DEFENDANT'S JOINT EXHIBIT LIST    2

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 7C | Infocom Statement of Investment Faud Alloush | | |
| 8 | Murahaba Agreement: Shurafa | | |
| 9A | Murabaha Agreement: Sahara | | |
| 9B | Sahara Oasis Assignment of Proceeds | | |
| 9C | Riad K Alish Check P/T/O Infocom | | |
| 10A | Infocom Statement of Investment: Al-Franji | | |
| 10B | Wire Transfer to Almania Stores | | |
| 10C | Infocom Vendor Journal Batch | | |
| 10D | Nationsbank Wire Transfer Records | | |
| 11A | Wire Transfer Records From Infocom to Khalid Makhamreh | | |
| 11B | Infocom Voucher Journal Batch: Khalid Makhamreh | | |
| 11C | Infocom Check Register Batch: Khalid Makhamreh | | |
| 11D | Infocom Records Re: Khalid Makhamreh | | |
| 12 | Statement: 12/22/95 - 1/24/96 Account # 1050001540851 Nadie M Elashi / ITF Tarik Abu Marzook | | |

DEFENDANT'S JOINT EXHIBIT LIST   3

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 13 | Statement: 1/25/96 - 2/22/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 14 | Statement: 2/23/96 - 3/22/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 15 | Statement: 3/23/96 - 4/23/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 16 | Statement: 4/24/96 - 5/22/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 17 | Statement: 5/23/96 - 6/21/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 18 | Statement: 6/22/96 - 7/24/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 19 | Statement: 8/23/96 - 9/23/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 20 | Statement: 9/24/96 - 10/24/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 21 | Statement: 10/25/96 - 11/22/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |

| Exhibit Number | Description | Admitted | Offered | |
|---|---|---|---|---|
| 22 | Statement: 11/23/96 - 12/23/96<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | | |
| 23 | Statement: 12/24/96 - 1/27/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | | |
| 24 | Statement: 1/28/97 - 2/24/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 25 | Statement: 2/25/97 - 3/24/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 26 | Statement: 3/25/97 - 4/23/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 27 | Statement: 4/24/97 - 5/22/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 28 | Statement: 5/23/97 - 6/23/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 29 | Statement: 9/24/97 - 10/24/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | | |
| 30 | Statement: 11/22/97 - 12/22/97<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | | |

| Exhibit Number | Description | Admitted | Offered | |
|---|---|---|---|---|
| 31 | Statement: 2/24/1998 - 3/24/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 32 | Statement: 3/25/98 - 4/23/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 33 | Statement: 4/24/98 - 5/21/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 34 | Statement: 5/22/98 - 6/23/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 35 | Statement: 10/24/98 - 11/23/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | | |
| 36 | Statement: 11/24/98 - 12/22/98<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 37 | Statement: 12/23/98 - 1/25/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 38 | Statement: 1/26/99 - 2/22/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 39 | Statement: 2/23/99 - 3/24/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | | |

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 40 | Statement: 3/25/99 - 4/23/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 41 | Statement: 4/24/99 - 5/21/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 42 | Statement: 5/22/99 - 6/23/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 43 | Statement: 6/24/99 - 7/23/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 44 | Statement: 7/24/99 - 8/24/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 45 | Statement: 8/25/99 - 9/23/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook | | |
| 46 | Statement: 9/24/99 - 10/22/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 47 | Statement: 10/23/99 - 11/22/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | |
| 48 | Statement: 11/23/99 - 12/24/99<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |

| Exhibit Number | Description | Admitted | Offered | |
|---|---|---|---|---|
| 49 | Statement: 12/25/99 - 1/24/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 50 | Statement: 1/25/00 - 2/22/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 51 | Statement: 2/23/00 - 3/23/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 52 | Statement: 3/24/00 - 4/21/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 53 | Statement: 4/22/00 - 5/23/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 54 | Statement:<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 55 | Statement: 5/24/00 - 6/23/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 56 | Statement: 6/24/00 - 7/24/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |
| 57 | Statement: 7/25/00 - 8/24/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | | |

DEFENDANT'S JOINT EXHIBIT LIST   8

| Exhibit Number | Description | Admitted | Offered |
|---|---|---|---|
| 58 | Statement: 8/25/00 - 9/22/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook / Omar M Abumarzook | | |
| 59 | Statement: 9/23/00 - 10/24/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 60 | Statement: 10/25/00 - 11/22/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 61 | Statement: 11/23/00 - 12/21/00<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 62 | Statement: 12/22/00 - 1/24/01<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |
| 63 | Statement: 1/25/01 - 2/21/01<br>Account # 1050001540851<br>Nadie M Elashi / ITF Tarik Abu Marzook/ Omar M Abumarzook | | |

In addition, the Defendants adopt all Government exhibits.

Respectfully Submitted,

RICHARD A. ANDERSON
Texas Bar Card No. 01207700
OF COUNSEL TO BURLESON
PATE & GIBSON, L.L.P.
2414 N. Akard, Suite 700

DEFENDANT'S JOINT EXHIBIT LIST   9

Dallas, TX 75201
Office: (214) 871-4900
Fax: (214) 871-7543
COUNSEL FOR DEFENDANT
BASMAN ELASHI

TIM EVANS
Texas Bar Card No. 06724000
EVANS, GANDY, DANIEL & MOORE
115 W. Second Street., Suite 202
Fort Worth, Texas 76102
Office: (817) 332-3822
Fax: (817) 332-2763
COUNSEL FOR DEFENDANT
GHASSAN ELASHI

MICHAEL P. GIBSON
Texas Bar Card No. 07871500
BURLESON, PATE & GIBSON
2414 N. Akard, Suite 700
Dallas, TX 75201
Office: (214) 871-4900
Fax: (214) 871-7543
COUNSEL FOR DEFENDANT
BAYAN ELASHI and INFOCOM CORP.

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to all counsel of record for both the Government and the Defendants, on this the 18th day of January, 2004.

_____
RICHARD ANDERSON

DEFENDANT'S JOINT EXHIBIT LIST    10