ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 3 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| United States of America | | § | |
|---|---|---|---|
| v. | | § | Criminal Action No. 3:02-CR-052-L |
| Bayan Elashi | (1) | § | |
| Ghassan Elashi | (2) | § | |
| Basman Elashi | (3) | § | |
| Infocom Corporation | | § | |

## VERDICT OF THE JURY

We, the Jury, find Defendant **BAYAN ELASHI**

    __Guilty__ of the offense charged in Count 1.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 2.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 3.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 4.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 5.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 6.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 7.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 8.
    "Guilty" or "Not Guilty"

    __Guilty__ of the offense charged in Count 9.
    "Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 10.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 11.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 12.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 13.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 14.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 15.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 16.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 17.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 18.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 19.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 20.
"Guilty" or "Not Guilty"

___GUILTY___ of the offense charged in Count 21.
"Guilty" or "Not Guilty"

Jury Verdict Form - Page 2

We, the Jury, find Defendant **GHASSAN ELASHI**

____Guilty____ of the offense charged in Count 1.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 2.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 3.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 4.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 5.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 6.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 7.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 8.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 9.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 10.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 11.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 12.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 13.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 14.
"Guilty" or "Not Guilty"

Jury Verdict Form - Page 3

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 15.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 16.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 17.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 18.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 19.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 20.
"Guilty" or "Not Guilty"

\_\_\_\_\_Guilty\_\_\_\_\_ of the offense charged in Count 21.
"Guilty" or "Not Guilty"

**Jury Verdict Form - Page 4**

We, the Jury, find Defendant **BASMAN ELASHI**

__Guilty__ of the offense charged in Count 1.
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count 2.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 3.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 4.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 5.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 6.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 7.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 8.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 9.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 10.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 11.
"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count 12.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 13.
"Guilty" or "Not Guilty"

__Not Guilty__ of the offense charged in Count 14.
"Guilty" or "Not Guilty"

Case 3:02-cr-00052-L    Document 324-2    Filed 04/13/2005    Page 6 of 8
Case 3:02-cr-00052    Document 324    Filed 04/13/2005    Page 6 of 8

____Not Guilty____ of the offense charged in Count 15.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 16.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 17.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 18.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 19.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 20.
"Guilty" or "Not Guilty"

____Not Guilty____ of the offense charged in Count 21.
"Guilty" or "Not Guilty"

Jury Verdict Form - Page 6

We, the Jury, find Defendant **INFOCOM CORPORATION**

_____Guilty_____ of the offense charged in Count 1.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 2.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 3.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 4.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 5.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 6.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 7.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 8.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 9.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 10.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 11.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 12.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 13.
"Guilty" or "Not Guilty"

_____Guilty_____ of the offense charged in Count 14.
"Guilty" or "Not Guilty"

Jury Verdict Form - Page 7

____Guilty____ of the offense charged in Count 15.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 16.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 17.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 18.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 19.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 20.
"Guilty" or "Not Guilty"

____Guilty____ of the offense charged in Count 21.
"Guilty" or "Not Guilty"

April __13__, 2005.

Jury Verdict Form - Page 8