ORIGINAL

```
                                U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF TEXAS
                                       FILED

                                     APR 13 2005

                              CLERK, U.S. DISTRICT COURT
                              By _____
                                        Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Criminal Action No. 3:02-CR-052-L |
| BAYAN ELASHI (1) | § | |
| GHASSAN ELASHI (2) | § | |
| BASMAN ELASHI (3) | § | |
| INFOCOM CORPORATION | § | |

## ORDER

The court determines that the Confidential Juror Questionnaire should be and is hereby placed under seal. Accordingly, the clerk is **directed** to place **under seal** a complete set of the answers provided by all prospective jurors to the Confidential Juror Questionnaire, completed on March 24, 2005.

**It is so ordered** this 13th day of April, 2005.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page