ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 14 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 3:02-CR-052-L |
| | § | |
| BAYAN ELASHI (1) | § | |
| GHASSAN ELASHI (2) | § | |
| BASMAN ELASHI (3) | § | |
| and | § | |
| INFOCOM CORPORATION (8) | § | |

## ORDER

On April 8, 2005, the court filed under seal its Memorandum Opinion and Order on Defendants' Joint Motion to Suppress Evidence – Foreign Intelligence Surveillance Act [FISA] Conversations. On April 13, 2005, the jury returned its verdict in this case. Now that the trial has concluded, the court **directs** the clerk of the court to **unseal** and make available to the public the court's sealed Memorandum Opinion and Order, filed on April 8, 2005 (Docket #318).

It is so ordered this 14th day of April, 2005.

Sam A. Lindsay
United States District Judge

Order - Solo Page