

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

HONORABLE **Sam A. Lindsay**, Presiding  
DEPUTY CLERK: **Debra Graves**  
LAW CLERK: **Jennifer Wang**  
INTERPRETER:  
A.M. **9:00 - 11:20**

CSO: **Ken Price**  
COURT REPORTER: **Charyse Crawford**  
USPO: **Monty Unruh**  
COURT TIME: **2 hours and 20 minutes**  
DATE: **October 11, 2006**

CR. No. **3:02-CR-052-L(01)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **Jim Jacks and Barry Jonas** _____ AUSAs |
| v. | § § § | |
| **Bayan Elashi** Defendant's Name | § | **Michael Gibson and Doyle Bunch** _____ Retained |

### SENTENCING

☒ ksen. — Sentencing held. ☒ Objections to PSI heard. ☐ Plea agreement accepted. ☐ Plea agreement NOT accepted.

☐ kcphrg. — Change of plea hearing, deft withdraws plea of guilty. **(kpstr.)**

☐ ...... — Pre Sentencing Guidelines

☐ ...... — New Sentencing Guidelines (NSG) offense committed on or after (11/1/87). ☐ Departs Upward ☐ Departs Downward

☒ ...... — Deft. committed to custody of the BOP to be imprisoned for a TOTAL term of **84 months***

☒ ...... — Deft. placed on: Supervised Released for **3 years as to each count**.

☐ ...... — Restitution ordered in the amount of **$-0-** and/or Fine imposed in the amount of **$-0-**

☐ kdismcntgv. — Court dismissed remaining counts w/prejudice on government's oral motion.

☒ ...... — Court dismisses original Indictment and first superseding Indictment on government's oral motion.

☒ ...... — SENTENCE TEXT: **See J&C**

**$3,300** special assessment on **Counts 1, 2, 4-6, 8-10, 13-15 and 22** ☒ **of the second superseding Indictment**

and ☒ **Counts 1 - 21 of the revised second superseding Indictment**

☐ kjytrl. — Trial set for: _____

☐ ko.(bnd.) — Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10%

☐ kosurr. — Deft ordered to surrender to U.S. Marshal on _____

☐ ...... — Deft ordered to surrender to the designated institution on _____

☐ kowarr. — Deft failed to appear, bench warrant to issue.

☐ ...... — Bond ☐ continued ☐ revoked

☒ ...... — Deft Advised of his right to appeal.

☐ kdapp. — Deft requests Clerk to enter notice of Appeal.

☒ ...... — Deft Custody continued.

☒ kloc.(LC) — Deft REMANDED to custody. ☒ Court recommends incarceration at **FCI Seagoville**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 11 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

OTHER PROCEEDINGS: *** 84 months on each of Counts 2, 4-6, 8-10, and 14 of the second superseding Indictment, and Counts 2-21 of the revised second superseding Indictment; and for a term of 60 months on each of Counts 1, 13, 15, and 22 of the second superseding Indictment, and Count 1 of the revised second superseding Indictment. The sentence on each count is to run concurrently with the other for a total aggregate of sentence of 84 months. Sentencing Hearing exhibits w/court reporter.**