IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CRIMINAL NO. 3:02-CR-052-L |
| BAYAN ELASHI | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES the Defendant, BAYAN ELASHI, by and through his attorney of record and files this his Notice of Appeal of the conviction and sentence in the above styled and numbered cause to the United States Court of Appeals for the Fifth Circuit and pursuant to Rule 38 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BURLESON, PATE & GIBSON, L.L.P.

/s/ Michael P. Gibson

_____
MICHAEL P. GIBSON
TEXAS BAR CARD NO.15455300

2414 N. Akard, Suite 700
Dallas, Texas 75201
Telephone: (214) 871-4900
Facsimile: (214) 871-7543

COUNSEL FOR DEFENDANT
BAYAN ELASHI

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to Jim T. Jacks, the Assistant United States Attorney in charge of this case, 1100 Commerce, 3rd Floor, Dallas, TX 75242, on this the 18th day of October, 2006.

/s/ Michael P. Gibson

_____
MICHAEL P. GIBSON

**Notice of Appeal** - Solo Page